UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES
OF THE BUILDING SERVICE 32BJ HEALTH FUND AND                    Civil Action No.
BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT        25-cv-3201
AND SAVINGS PLAN,

                                             Plaintiffs,

-v-                                                                            **DEFAULT
                                                                               JUDGMENT**

CSI CORPORATION OF DC,

                                             Defendant.

-----------------------------------------------------------------------------X

On application for Default Judgment by Manny Pastreich, as Trustee, and the Trustees of

the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and

Savings Plan, brought on by Notice of Motion dated July 30, 2025, to the Honorable Alvin K.

Hellerstein, U.S.D.J., and Defendant CSI Corporation of DC having been duly noticed of the

proceeding and the Defendant having not appeared, and the Court having found default judgment

to be appropriate:

**IT IS HEREBY ADJUDGED** that Plaintiffs Manny Pastreich, as Trustee, and the Trustees

of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement

and Savings Plan, having a principal place of business at 25 West 18th St., New York, New York

10011, do recover of Defendant CSI Corporation of DC, having their last known address at 8555

16th St., Suite 805, Silver Spring, Maryland 20910,

(a) The sum of $10,959.35 in principal, $255.14 in interest, and $2,199.87 in liquidated

damages, for a grand total of **$13,414.36**, plus interest at the statutory rate in effect on the

date of judgment, and:

(b) Immediate upload, in the Funds' Employer Self-Service System ("ESS") all outstanding remittance reports and, upon upload, prompt payment of the associated principal, interest, and liquidated damages,

and that Plaintiffs have judgment therefore.

Dated: _____, 2025    By: _____
                                     Hon. Alvin K. Hellerstein, U.S.D.J.